

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 2012 | **DATE** | 6/30/2003 |
| **CASE TITLE** | U.S.A. ex rel: Fred Ward vs. Blair Leibach | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]   Enter Memorandum Opinion and Order. Petitioner now seeks a certificate of appealability pursuant to F.R.A.P. 22(b) For the following reasons we decline to issue the certificate.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | | Document Number |
|---|---|---|---|---|---|
| | No notices required. | | | number of notices | |
| | Notices mailed by judge's staff. | | JUN 3 0 2003 | | |
| | Notified counsel by telephone. | | | date docketed | |
| ✓ | Docketing to mail notices. | | | | 16 |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | | |
| WAH | courtroom deputy's initials | 03 JUN 30 PM 1: 26 | | date mailed notice | |
| | | Date/time received in central Clerk's Office | | mailing deputy initials | |

Minute Order Form (06/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

USA ex rel., FRED WARD,                    )
                                           )
                    Petitioner,            )
                                           )
          vs.                              )    No. 03 C 2012
                                           )
BLAIR LEIBACH,                             )
                                           )
                    Respondent.            )

DOCKETED
JUL 0 1 2003

MEMORANDUM OPINION AND ORDER

Petitioner Fred Ward brought this action seeking a writ of *habeas corpus* alleging that

his constitutional rights were violated by his conviction and sentencing. We denied the petition

in a Memorandum Opinion and Order dated June 10, 2003. Petitioner now seeks a certificate

of appealability pursuant to F.R.A.P. 22(b). For the following reasons we decline to issue the

certificate.

A certificate of appealability may issue only if petitioner has made a substantial

showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). When, as is the case

here, we have denied a petition based on procedural grounds without reaching the underlying

claim, a certificate should issue if "the prisoner shows, at least, that jurists of reason would

find it debatable whether the district court was correct in its procedural ruling. This

construction gives meaning to Congress' requirement that a prisoner demonstrate substantial

underlying constitutional claims." Stack v. McDaniel, 529 U.S. 473, 484 (2000).

Petitioner's claims were clearly procedurally defaulted. His petition contained three

issues, none of which was previously presented to the state courts, meaning that we do not have

*16*

jurisdiction.  <u>Coleman v. Thompson</u>, 501 U.S. 722, 729 (1991).  He also does not claim that a

failure to consider these issues will result in a miscarriage of justice, because he does not claim

actual innocence.  <u>Schlup v. Delo</u>, 513 U.S. 298, 327 (1995).

CONCLUSION

For the foregoing reasons, we decline to issue a certificate of appealability.

JAMES B. MORAN
Senior Judge, U. S. District Court

June 30 , 2003.